**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Lee JONES, Defendant–
Appellant.**

**No. 07–12705
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 25, 2008.

A. Fitzgerald Hall, Federal Public Defender, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, HULL and FAY, Circuit Judges.

---

1. Castro–Palacios's request for oral argument is **DENIED.**

PER CURIAM:

Alec F. Hall, appointed counsel for Robert Lee Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's supervised release revocation and sentence are **AFFIRMED.**